| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 05, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Amber McKelvy, individually and on behalf of all those similarly situated, | § § § § | |
| Plaintiff, | § § | |
| versus | § § § | Civil Action H-20-1571 |
| Whitsett Vision Group, PLLC, | § § | |
| Defendant. | § | |

## Agreed Final Judgment

1. Amber McKelvy and Whitsett Vision Group, PLLC, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this action.

2. All claims of Amber McKelvy, individually, are dismissed with prejudice.

3. All claims of unnamed members of the putative class are dismissed without prejudice.

4. The parties agreed that the court retains jurisdiction to enforce the settlement agreement should complications arise.

Signed on October  5 , 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge